**TIVO, INC., Plaintiff–Appellee,**

v.

**ECHOSTAR COMMUNICATIONS CORPORATION, Echostar DBS Corporation, Echostar Technologies Corporation, and Echosphere Limited Liability Company, Defendants–Appellants,**

and

**Homer Knearl, Movant–Appellant.**

No. 2006–1293.

United States Court of Appeals,
Federal Circuit.

May 31, 2006.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.